## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MARK ELY, | : | No. 977 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| SUSQUEHANNA AQUACULTURES, INC. | : | |
| A/K/A SUSQUEHANNA | : | |
| AQUACULTURES INC. AT BRUNNER | : | |
| ISLAND, AND DAVID ISOLANO, | : | |
| | : | |
| Respondents | : | |

| | | |
|---|---|---|
| MARK ELY, | : | No. 978 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| SUSQUEHANNA AQUACULTURES, INC. | : | |
| A/K/A SUSQUEHANNA | : | |
| AQUACULTURES INC. AT BRUNNER | : | |
| ISLAND, AND DAVID ISOLANO, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2016, the Petition for Allowance of Appeal is

**DENIED**.